RICHARD K. FRUIN *v.* COLONADE ONE AT OLD GREENWICH LIMITED PARTNERSHIP ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 38 Conn. App. 420 (AC 13185), is granted, limited to the following issues:

"1. Absent bad faith, does a violation of the Common Interest Ownership Act, per se, allow a unilateral rescission of a contract for the purchase of a unit in a common interest community?

"2. Is rescission in bad faith if a contract purchaser of a unit in a common interest community unilaterally refuses to perform the contract based on violations by the seller of the Common Interest Ownership Act that are not related to or have a nexus to the breach and the contract purchaser has received no benefit?"

The Supreme Court docket number is SC 15319.

*Peter M. Ryan,* in support of the petition.

*Paul L. McCullough,* in opposition.